FILED

2008 AUG 19 PM 4: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  5055 Wilshire Blvd, Suite 300
   Los Angeles, CA  90036
3  T: (323) 988-2400; F: (866) 802-0021
   Attorneys for Plaintiff,
4

5       **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

6                       **SAN DIEGO DIVISION**   '08 CV 1524 WQH CAB

7

8  AMANDA MATAMALA                    )   Case No.:
                                      )
9              Plaintiff,             )   **VERIFIED COMPLAINT AND DEMAND**
                                      )   **FOR JURY TRIAL**
10        vs.                         )
                                      )   **(Unlawful Debt Collection Practices)**
11 TRILOGY CAPITAL MANAGEMENT,        )
                                      )
12 LLC                                )
                                      )
13             Defendant.             )

14

15                            **COMPLAINT**

16        COMES NOW the Plaintiff, AMANDA MATAMALA ("Plaintiff"), by and through her

17 attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant,

18 TRILOGY CAPITAL MANAGEMENT, LLC, alleges and affirmatively states as follows:

19                            **INTRODUCTION**

20        1.    The United States Congress has found abundant evidence of the use of abusive,

21 deceptive, and unfair debt collection practices by many debt collectors, and has determined that

22 abusive debt collection practices contribute to the number of personal bankruptcies, to marital

23 instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair

24 Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate

25 abusive debt collection practices by debt collectors, to insure that those debt collectors who

refrain from using abusive debt collection practices are not competitively disadvantaged, and to

- 1 -

VERIFIED COMPLAINT

1  promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C.
2  1692(a) – (e)).

3       2.     The California legislature has determined that the banking and credit system and
4  grantors of credit to consumers are dependent upon the collection of just and owing debts and
5  that unfair or deceptive collection practices undermine the public confidence that is essential to
6  the continued functioning of the banking and credit system and sound extensions of credit to
7  consumers. The Legislature has further determined that there is a need to ensure that debt
8  collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights
9  and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices.
10 (Cal. Civ. Code §1788.1(a) – (b)).

11      3.     Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions
12 of TRILOGY CAPITAL MANAGMENT, LLC (hereinafter "Defendant") with regard to
13 attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly
14 owed by Plaintiff, and this conduct caused Plaintiff damages.

15      4.     For the purposes of this Petition, unless otherwise indicated, "Defendant"
16 includes all agents, employees, officers, members, directors, heirs, successors, assigns,
17 principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this
18 caption.

19                   **JURISDICTION AND VENUE**

20      5.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that
21 such actions may be brought and heard before "any appropriate United States district court
22 without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental
23 jurisdiction over the state claims contained therein.

24      6.     Because Defendant maintains a business office and conducts business in the state
25 of California, personal jurisdiction is established.

VERIFIED COMPLAINT

7.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

8.     Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

9.     Plaintiff is a natural person who resides in the City of San Diego, County of San Diego, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

10.     Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

11.     Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of San Diego, County of San Diego, State of California.

12.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13.     Plaintiff is informed and believes, and thereon alleges, that Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), and is a "debt collector" as that term is defined by California Civil Code § 1788.2(c).

///

///

///

- 3 -

VERIFIED COMPLAINT

## **FACTUAL ALLEGATIONS**

14.     Defendant has been placing constant and continuous collection calls to Plaintiff seeking and demanding payment of an alleged debt.

15.     Defendant's agent, "Rolando" has placed multiple calls a day to Plaintiff threatening to come to Plaintiff's home and personally collect the alleged debt from her if she did not provide bank account information over the telephone.

16.     Defendant overheard Plaintiff's child in the background and informed Plaintiff that her son did not want to see what happens when Plaintiff does not pay her bills.

17.     Plaintiff became so alarmed as to Defendant's collection tactics that she filed an electronic report with the San Diego County Sherriff's office, report # ECR200810331.

18.     On or about July 18, 2008 Plaintiff sent Defendant a written request for a cease in all verbal communications.  (See Exhibit A).

19.     On or about July 21, 2008, Defendant placed a collection call from the phone number 858-259-6933.

20.     During the July 21, 2008 call, Defendant's agent refused to provide Plaintiff with his name and who he worked for and further threatened to seize Plaintiff's vehicles and sell them to pay off the alleged debt.

21.     Defendant has placed a collection call to Plaintiff at approximately 7:03 a.m. after receiving the written request for cease in oral communications and threatened to file a lawsuit against Plaintiff.

22.     Defendant has contacted Plaintiff's neighbor and informed them that Plaintiff owes an alleged debt.

///

///

///

- 4 -

VERIFIED COMPLAINT

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

23.    Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

24.    Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

a).    Defendant violated the FDCPA § 1692c(a)(1) when Defendant, through its agents and employees, placed collections calls before 8:00am.

b).    Defendant violated the FDCPA § 1692c(b) when Defendant, through its agents and employees, contacted third parties and shared information about the alleged debt with them.

c).    Defendant violated FDCPA §1692c(c) when Defendant, through its agents and employees, continued contacting Plaintiff via telephone seeking payment of the alleged debt after having received Plaintiff's written request for a cease of such communications.

d).    Defendant violated the FDCPA § 1692d(1) when Defendant, through its agents and employees, threatened to come to Plaintiff's home and physically obtain payment from her.

e).    Defendant violated the FDCPA § 1692d(2) when Defendant, through its agents and employees, used language of which the natural consequence is the abuse and harassment of the listener.

f).    Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents and employees, excessively placed calls to Plaintiff and caused her phone to ring repeatedly and continuously.

g).    Defendant violated the FDCPA § 1692d(6) when Defendant, through its agents and employees, placed calls to Plaintiff and refused to identify themselves.

- 5 -

VERIFIED COMPLAINT

h). Defendant violated the FDCPA § 1692e(10) when Defendant, through its agents, employees, deceptively threatened to physically confront Plaintiff in front of her child at her home and to further seize Plaintiff's vehicles and sell them.

25.     As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, anger and fear. (See Exhibit B).

## COUNT II

### DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

26.     Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

27.     Defendant **violated the RFDCPA**. Defendant's violations include, but are not limited to the following:

a).     Defendant violated the RFDCPA § 1788.10(a) when Defendant, through its agents and employees, threatened to come to Plaintiff's home and physically take payment from her.

b).     Defendant violated the RFDCPA § 1788.11(a) when Defendant, through its agents and employees, used obscene or profane language when addressing Plaintiff.

c).     Defendant violated the RFDCPA § 1788.11(b) when Defendant, through its agents and employees, failed to meaningfully disclose the caller's ID by refusing to do so despite Plaintiff's requests.

d).     Defendant violated the RFDCPA § 1788.11(d) when Defendant, through its agents and employees, excessively placed collection calls and caused Plaintiff's phone to ring repeatedly as to annoy her.

e).     Defendant violated the RFDCPA § 1788.11(e) when Defendant, through its agents and employees, excessively placed so many calls to Plaintiff as to be unreasonable and to constitute

- 6 -

1  harassment to the Plaintiff.

2     f).   Defendant violated the RFDCPA § 1788.12(b) when Defendant, through its

3  agents and employees, contacted someone other than Plaintiff or her spouse and shared

4  information regarding the alleged debt owed.

5     g).   Defendant violated the RFDCPA § 1788.17 when Defendant, through its agents

6  and employees, continuously failed to comply with the statutory regulations contained within

7  the FDCPA, 15 U.S.C. § 1692 *et seq.*

8     28.   As a consequence of Defendant's foregoing actions, Plaintiff has suffered from

9  stress, anxiety, humiliation, anger and fear.  (See Exhibit B).

10    **WHEREFORE,** Plaintiff respectfully prays that judgment be entered against the

11  Defendant for the following:

12    29. Declaratory judgment that the Defendant's conduct violated the State Act, RFDCPA,

13  and Federal Act, FDCPA.

14    30. Actual damages.

15    31. Statutory damages pursuant to the State Act, Cal. Civ. Code § 1788.30(b).

16    32. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

17    33. Costs and reasonable attorney's fees pursuant to the State Act, Cal. Civ Code §

18  1788.30(c) and the Federal Act, 15 U.S.C. 1692k.

19    34. Any other relief that this court deems to be just and proper.

20                    RESPECTFULLY SUBMITTED,

21

22  DATED:  July 30, 2008          KROHN & MOSS, LTD.

23

24    By: _____

25        Nicholas J. Bontrager
          Attorney for Plaintiff

- 7 -

VERIFIED COMPLAINT

**DEMAND FOR JURY TRIAL**

1

2      PLEASE TAKE NOTICE that Plaintiff, AMANDA MATAMALA, hereby demands

3    trial by jury in this action.

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

4

5

6    STATE OF CALIFORNIA)

7        Plaintiff, AMANDA MATAMALA, says as follows:

8

    1.    I am the Plaintiff in this civil proceeding.

9    2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
       that all of the facts contained in it are true, to the best of my knowledge, information

10        and belief formed after reasonable inquiry.

    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing

11        law or by a good faith argument for the extension, modification or reversal of existing
       law.

12   4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
       to harass any Defendant(s); cause unnecessary delay to any Defendant(s), or create a

13        needless increase in the cost of litigation to any Defendant(s), named in the
       Complaint.

14   5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

    6.    Each and every exhibit I have provided to my attorneys which has been attached to

15        this Complaint is a true and correct copy of the original.

    7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
       have not altered, changed, modified or fabricated these exhibits, except that some of

16        the attached exhibits may contain some of my own handwritten notations.

17

18        Pursuant to 28 U.S.C. § 1746(2), I, AMANDA MATAMALA, hereby declare (or

19   certify, verify or state) under penalty of perjury that the foregoing is true and correct.

20

21   Dated: 8-14-08

22                                      AMANDA MATAMALA,
                                    Plaintiff

23

24

25

- 8 -

**VERIFIED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT A**

VERIFIED COMPLAINT

Trilogy Capital Management
1225 El Camino Real Street, Ste. 120.
San Diego ,CA 92130

To Whom It May Concern:

You have been repeatedly calling my home today. At this time I ask that you please stop
calling and contact me through writing.

Amanda Matamala

file:///G|/All%20Files-FDC/Open%20Files/Matamala,%20A...n%20v.%2...vestigation/Fax%20Confirmation%20of%20CLient's%2...%20letter.txt

From: Amanda Matamala [amandamatamala@gmail.com]
Sent: Friday, July 18, 2008 3:36 PM
To: Bontrager,Nick
Subject: Fwd: Successful transmission to 18582596235. Re:

Attachments: Trilogy Capital Management.doc

Below is the confirmation from efax and then attached is the letter I faxed to Trilogy.


---------- Forwarded message ----------
From: <send@mail.efax.com>
Date: Fri, Jul 18, 2008 at 3:33 PM
Subject: Successful transmission to 18582596235. Re:
To: amandamatamala@gmail.com



Dear Amanda Matamala,

Re:

The 1 page fax you sent through eFax.com to 18582596235 was  successfully transmitted at 2008-07-18 22:33:53 (GMT).

The length of transmission was 28 seconds.

The receiving machine's fax ID: 8582596235.


If you need additional assistance, please visit our online help center at http://www.efax.com/help/. Thank you for using the eFax service.

Best Regards,
eFax.com

Customer Service
Help: http://www.efax.com/help/
Tel: 323-817-3205 (US) or 0870 711 2211 (UK)
Email: help@mail.efax.com




No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.5.1/1560 - Release Date: 7/18/2008 6:47 AM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — (YES) NO
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — YES NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — YES (NO)

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____

_____

_____

_____

_____

_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 8-15-08 _____

_____
Signed Name

_____
Printed Name

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Amanda Matamala | Trilogy Capital Management LLC |

FILED
2008 AUG 19  PM 4: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**08 CV 1524 WQH CAB**

| (b) County of Residence of First Listed Plaintiff __San Diego__ | County of Residence of First Listed Defendant __San Diego__ |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Krohn & Moss, Ltd. Nicholas J. Bontrager (323) 988-2400 5055 Wilshire Blvd, Suite 300 Los Angeles, CA 90036 | |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)

15 USC 1692 et seq.

Brief description of cause:
Unlawful and abusive debt collection practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 08/15/2008 | |

**FOR OFFICE USE ONLY**

RECEIPT # 154268   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TAC 8/19/8

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 154268    — TC**

**August 19, 2008
16:18:04**

**Civ Fil Non-Pris**
USAO #.: 08CV1524
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC12231

**Total—> $350.00**

FROM: AMANDA MATAMALA
        VS.
        TRILOGY CAPITAL MANAGEMENT